AUSA: William Broman Telephone: (313) 226-0205

AO 91 (Rev. 11/11) Criminal Complaint Task Force Officer: Derrick Hadder, FBI Telephone: (313) 764-6210

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
D-1 Martell Laron Franklin
D-2 Devonte Jaier Ross

Case No.

Case: 2:26−mj−30617
Assigned To : Unassigned
Assign. Date : 10/2/2026
Description: RE: MARTELL FRANKLIN, DEVONTE ROSS (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 29, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1951 | Hobbs Act Robbery |
| 18 U.S.C. § 924(c) | Possession of a Firearm in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Derrick Hadder, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: October 2, 2026

City and state: Detroit, MI

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Task Force Officer Derrick Hadder, being sworn, depose and state the following:

## INTRODUCTION AND BACKGROUND

1. I am a Police Officer with the Canton Township Police Department and have been employed since June 2020. Prior to being employed by Canton Township, I was employed as a Police Officer with the Dearborn Police Department and had 25 years' experience there. Currently, I am assigned to the FBI as a Task Force Officer (TFO) and have been in my current position since April 2025. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law. I am a member of the FBI Detroit Violent Crimes Task Force (VCTF). As a member of VCTF, I am tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the Eastern District of Michigan.

2. During my law enforcement career, I have participated in numerous federal and state criminal investigations involving firearms, violent crime, and drug trafficking, including investigations involving violations of 18 U.S.C. § 1951 (Hobbs Act Robbery). I have participated in various aspects of these criminal

investigations, including conducting interviews, physical surveillance, and obtaining and executing federal and state search warrants.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. The FBI is investigating Martell Laron FRANKLIN (DOB: XX/XX/1993) and Devonte Jaier ROSS (DOB: XX/XX/1994), for violations of 18 U.S.C. § 1951 (Hobbs Act Robbery) and 18 U.S.C. § 924(c).

## PROBABLE CAUSE

5. On or about September 29, 2026, at approximately 1:41 a.m., the Canton Police Department was dispatched to the Wingstop restaurant located at 39904 Ford Road in Canton, Michigan for a report of an armed robbery in progress.

6. Dispatch relayed to responding officers that the suspects were described as two black males wearing masks, dark clothing, and armed with

firearms. Dispatch further relayed that the suspects fled the location after being chased by an employee through the rear door and may have traveled into the Cambridge apartments. The Cambridge apartments are northwest of the location.

7. I have reviewed the surveillance footage from Wingstop and observed the following:

a. At approximately 1:40 a.m., an individual (later identified as ROSS and referred to as ROSS herein) entered the lobby of Wingstop wearing a dark colored hooded jacket or sweatshirt, dark pants with two vertical stripes, a dark colored face covering, and light colored shoes with dark accents.






b. ROSS approached the counter and was greeted by the Wingstop employee (confirmed by witnesses). ROSS then pulled a pistol from his clothing and pointed it toward the employees as he walked around the counter toward the kitchen area.


2026-09-29 01:40:22.600 (EDT)
Wingstop - 1829 - Canton
Lobby






c. Employees retreated to the back of the restaurant as ROSS chased after them. One or more employees tripped as ROSS chased them.




d. Shortly after ROSS followed the employees to the back of the restaurant, a second individual entered the restaurant. The second individual (later identified as FRANKLIN and referred to as FRANKLIN herein) was wearing a lighter colored, possibly gray, hooded sweatshirt with a logo on the front, a dark colored beanie, dark pants, and shoes with black and white accents. FRANKLIN walked purposefully toward the back of the restaurant.






e. ROSS continued to point a pistol at employees as they moved toward the back of the restaurant.



f. ROSS held one employee at gunpoint while another employee opened the restaurant's safe.




g. FRANKLIN entered the storage area from a side door where ROSS had an employee at gunpoint. FRANKLIN is identifiable by the gray hooded sweatshirt with a logo on the chest. FRANKLIN pulls out a bag and he and ROSS loaded the bag with cash and other items.




h. FRANKLIN left the restaurant with the bag he and ROSS previously filled with cash and other items. FRANKLIN dropped what appears to be a tire iron, pipe, or similar instrument.





i. FRANKLIN and ROSS then fled on foot out of the backdoor of the restaurant.

8. Canton officers set a perimeter around the area of Wingstop and the nearby Cambridge apartments. Officers observed a Silver Buick Lesabre bearing MI plate: EYMXXXX occupied by two subjects leaving the area. At that time, it was unknown if the vehicle was involved in the incident and therefore an investigative stop was not made. The vehicle was last seen N/B Haggerty near Ann Arbor Rd. LEIN / SOS revealed the vehicle was registered to Marquis Franklin. It was later learned that Marquis is the brother to MARTELL FRANKLIN.

**Identification of MARTELL FRANKLIN**

9. Members of the Canton Police Detective Bureau conducted a tether search through the Michigan Department of Corrections (MDOC). Officers conducted a search using the address of Wingstop, 39904 Ford Rd, Canton, Michigan between the approximate times of: 1:30 a.m. and 2:00 a.m. on September 29, 2026.

10. The tether report search for the address, date, and time, yielded one result of LARON FRANKLIN. (See below in Figure 3).




*Figure 3: Tether Information*

11. Officers performed a name query of LARON FRANKLIN in a law enforcement database, which provided a date of birth of XX/XX/1993.

12. Officers then conducted a check in the Law Enforcement Information Network (LEIN) which revealed MARTELL LARON FRANKLIN DOB: XX/XX/1993.

13. Officers further conducted a Criminal History search which revealed MARTELL FRANKLIN to use the alias of LARON FRANKLIN, MARTELL JORDEN FRANKLIN, and LARON MARTEL FRANKLIN.

14. Subsequent to identifying FRANKLIN, a search was conducted to locate a possible vehicle. It was then discovered FRANKLIN previously received a driving violation in October of 2025 while occupying the aforementioned Buick Lesabre.

15. FRANKLIN previously had law enforcement contact for Retail Fraud, Assault, Assault with intent to Murder, Assault with Intent to do great bodily harm, Felony Firearm, Criminal Sexual Assault, and Assault on a Prison Employee. FRANKLIN was placed on parole for Criminal Sexual Assault, Child Sexually Abusive Martial, and Assault with Intent to Commit Murder, and Felony Firearm. FRANKLIN was discharged on May 22, 2026. FRANKLIN received a lifetime tether.

16. Canton Police Investigative Bureau conducted a FLOCK search of the aforementioned Buick Lesabre. It was then discovered the Buick Lesabre FLOCK locations and times were consistent with the location of FRANKLIN's tether location and times. This confirmed that FRANKLIN was likely traveling in the Buick Lesabre.

17. FRANKLIN's identity as a perpetrator of the Wingstop robbery was further confirmed when officers canvassed an area near the Wingstop where FRANKLIN's tether was tracked after the robbery. On 09/29/2026, at approximately 12pm, officers responded back to the area N/W of Wingstop where FRANKLIN's tether location showed after the robbery. While searching the area, a gray sweatshirt with a blue logo on the chest and blue hat were located on the ground approximately 10 feet into the wooded area. When the hat was collected, a pair of gloves and 2 facemasks were located inside. The blue hat appeared to match the hat FRANKLIN was observed wearing on video at 37041 Joy Rd. The gray sweatshirt appeared to match the gray sweatshirt seen on video at Wingstop at the time of the robbery.

18. Tether locations also showed FRANKLIN had gone to the area of Elmhurst and Cloverdale after the robbery. Officers went to the area to search for evidence. Black latex gloves were located in the area. In addition, two white envelopes from Huntington Bank deposits were located. Inside the envelopes multiple Wingstop receipts were located. The dates of the receipts were 9/27/26 and 9/28/26 and had the names of employees of the victim Wingstop location.

19. FRANKLIN's tether location showed him in the area immediately north of Wingstop between the approximate times of 1:35 am and 1:40 am on

09/29/2026. Wingstop video had exterior camera showing both FRANKLIN and ROSS loitering around the same area during the same general times.

20. FRANKLIN was arrested on 09/29/2026 shortly after 1:15 p.m. adjacent the driver's door of the Silver Buick Lesabre bearing MI plate: EYMXXXX.

## Identification of DEVONTE ROSS

21. Further investigation of FRANKIN's tether locations showed that prior to the armed robbery, FRANKLIN stopped at 13850 Grand River, Detroit at approximately 12:15 am. FRANKLIN left the location at approximately 12:22 am and drove toward Canton. GPS data from the tether put FRANKLIN at 37041 Joy Rd (Sunoco) at 12:39 am. Detectives reviewed surveillance video of the location and observed FRANKLIN's Buick Lesabre enter the parking lot at approximately 12:39 am. FRANKLIN exited the vehicle and entered the gas station.

22. FRANKLIN is initially observed wearing glasses, a gray shirt, dark blue beanie, black pants and black shoes, with white design on the side and white soles. Prior to entering the Buick Lesabre, FRANKLIN puts on a white jacket with black sleeves and then puts a gray sweatshirt over top of the jacket. The gray sweatshirt is consistent with the sweatshirt FRANKLIN is wearing on video at Wingstop. A passenger exited the vehicle for a short time before reentering the vehicle. The passenger is observed wearing a black jacket with a black hood over

his head, black pants and black and white shoes. This clothing is also consistent with the clothing seen worn by ROSS on video at the Wingstop. The Lesabre left the parking lot at approximately 12:43 am.

23. Detectives responded to 13850 Grand River to investigate if FRANKLIN possibly picked someone up at this location. Detectives learned 13850 Grand River is a transitional housing called "Detroit Edge". Detectives were able to review surveillance videos from Detroit Edge.

24. While reviewing video of 13850 Grand River, an individual is seen walking the halls of the location at approximately 12:20 am. The individual is wearing clothing consistent with what the passenger of the Buick Lesabre was wearing on video at 37041 Joy Rd.





25. The individual was observed at approximately 12:19 am entering Room 14. Detectives were provided the name of the occupant of Room 14: Devonte ROSS. Reviewing further video, a Detroit Edge employee confirmed the

subject to be ROSS. ROSS returned to the facility at approximately 3:34 am, wearing the same clothing as the suspect who possessed the pistol during the Wingstop robbery.



26. ROSS is currently on parole for Armed Robbery / Felony Firearm / Carjacking.

27. ROSS was arrested on 09/29/2026 just before 11:00 p.m. with approximately $288 in his pockets.

## <u>CONCLUSION</u>

28. Based on the foregoing, there is probable cause to believe that Martell FRANKLIN and Devonte ROSS violate 18 U.S.C. § 1951 (Hobbs Act Robbery)

and 18 U.S.C. § 924(c) (possession of a firearm in furtherance of a crime of violence).

Respectfully submitted,

Derrick Hadder
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means.

HONORABLE DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: October 2, 2026